CHAMBERS OF
**WALKER D. MILLER**
SENIOR UNITED STATES DISTRICT JUDGE

901 19th St. A938
DENVER, CO 80294
303/844-2468
FAX 303/335-2299

# MEMORANDUM

TO: Gregory C. Langham, Clerk

FROM: Walker D. Miller, Senior Judge

DATE: September 26, 2008

RE: 08-cv-02043, *Kimberly Distel v. General Electric Company, et al.*

Exercising my prerogative as a senior judge, I request that this case be reassigned.